UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| SOUTHERN INSURANCE COMPANY OF VIRGINIA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD MERRITT, JAMES PRESTON HARDIE, IV, FULTON LEON SMITH, JASON ALAN WILSON,<br><br>Defendants. | Civil Action<br>File No.: 3:18-cv-00063-TCB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Southern Insurance Company of Virginia and Defendant Donald Merritt, the only named Defendant which has appeared in this action, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), and hereby file this Notice of Dismissal with Prejudice signed by all parties who have appeared in the case. The Clerk of Court is hereby requested and directed to mark said action settled, satisfied, and Dismissed with Prejudice.

**[Signature on following page]**

This 21st day of May, 2019.

LAW OFFICES OF JEFFREY B. GRIMM, P.C.
Attorneys for Donald Merritt

By: */S/ JEFFREY B. GRIMM*
JEFFREY B. GRIMM, ESQ.
***with express permission by SFG***
GA State Bar No. 312360
Resurgens Plaza, Suite 2750
945 East Paces Ferry Road
Atlanta, GA 30326
(404) 842-2610 Phone
(404) 266-7459 Fax

GOODMAN MCGUFFEY LLP
Attorneys for Southern Insurance Company of Virginia

BY: */S/ STEPHANIE F. GLICKAUF*
ROBERT A. LUSKIN
GA State Bar No. 004383
rluskin@GM-LLP.com
STEPHANIE F. GLICKAUF
GA State Bar No. 257540
SGlickauf@GM-LLP.com
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| SOUTHERN INSURANCE COMPANY OF VIRGINIA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD MERRITT, JAMES PRESTON HARDIE, IV, FULTON LEON SMITH, JASON ALAN WILSON,<br><br>Defendants. | Civil Action<br>File No.: 3:18-cv-00063-TCB |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing party or counsel for the opposing party in the foregoing matter with a copy of this **STIPULATION OF DISMISSAL WITH PREJUDICE** by depositing a copy of same in the United States Mail, postage prepaid, as follows:

Jeffrey B. Grimm, Esq.
Law Offices of Jeffrey B. Grimm, P.C.
Resurgens Plaza, Suite 2750
945 East Paces Ferry Road
Atlanta, GA 30326

This 21st day of May, 2019.

BY: */S/ STEPHANIE F. GLICKAUF*
STEPHANIE F. GLICKAUF
GA State Bar No.: 257540

GOODMAN MCGUFFEY LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax

Doc ID #5547181